IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CLIFFORD ALLEN SMITH, #184026 § | |
| § | |
| V.   § | CIVIL ACTION NO. G-06-103 |
| § | |
| ASSOCIATE JUDGE RATCLIFF § | |

## ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on June 6, 2006, which recommends that the above-styled cause be dismissed with prejudice as frivolous and for failure to state a claim for which relief can be granted. Plaintiff has filed objections to the Report and Recommendation, attempting to enter new claims for relief which the Court will not allow at this late juncture. The objections are without merit.

For the reasons correctly stated by the Magistrate Judge, and after *de novo* review pursuant to 28 U.S.C. §636 (b)(1)(C), this Court is of the opinion that the Report and Recommendation of the Magistrate Judge should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein. It is the **ORDER** of this Court that this cause is **DISMISSED** with prejudice as frivolous and for failure to state a claim for which relief can be granted.

This Order does not release Plaintiff or the Texas Department of Criminal Justice, Institutions Division from the obligation to pay the filing fee previously imposed. Plaintiff is advised that if he appeals this dismissal, he will be required to pay the appeal fee of $455.00 pursuant to the Prison Litigation Reform Act, and he must submit a 6-month certificate of his inmate trust account when he files his notice of appeal.

A certified copy of this Order shall be mailed to: **TDCJ-Office of the General Counsel**, P.O. Box 13084, Austin, Texas, 78711; and, to **TDCJ Local Funds Division**, P.O. Box 629, Huntsville, TX 77342-0629.

**DONE** at Galveston, Texas, this the 17th day of July, 2006.

_____
Samuel B. Kent
United States District Judge